## FRESHMAN *v.* UNITED STATES.

ERROR TO THE DISTRICT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF TEXAS.

No. 298.   Motion to dismiss or affirm.—Submitted January 10, 1909.—Decided January 25, 1909.

Writ of error to review a judgment of conviction for liquor selling without having first paid the special Federal tax therefor, dismissed for want of jurisdiction. Plaintiff in error contended that the indictment was found on evidence improperly obtained.

*The Attorney General* and *The Solicitor General* in support of motion to dismiss.

No brief filed in opposition.

*Per Curiam:* Writ of error dismissed for want of jurisdiction. *Adams* v. *New York*, 192 U. S. 585; *Radford* v. *United States*, 129 Fed. Rep. 49; *McGregor* v. *United States*, 134 Fed. Rep. 187.